# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2022
```

November 22, 2022

*VIA ECF System*
Hon. Lewis A. Kaplan
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Granted.**

**SO ORDERED.**

/s/ Lewis A. Kaplan (jhs)
Hon. Lewis A. Kaplan

Dated: 11/23/2022

Re:   <u>SEC v. The Hydrogen Technology Corporation, et. al.,
      Case No. 22-cv-08284 (LAK)</u>

Dear Judge Kaplan:

The Defendants The Hydrogen Technology Corporation and Michael Ross Kane respectfully move this court for an extension to the time to Answer the Complaint. The Answer is currently due on November 28, 2022, and the SEC consents to Defendants' requested extension of 60 days to January 27, 2023. The reason for the request for this extension is the parties have been engaged in good faith settlement negotiations, and the requested time will enable the parties to continue these discussions.

In addition, the Court on November 2, 2022 issued a Scheduling and Pretrial Conference Order requiring that a Consent Order be filed with the Court by November 29, 2022, or a conference with the Court be held on December 13, 2022. *See* ECG No. 12. The Defendants further request an extension that the Court conference be rescheduled to February 7, 2023 at 11 o'clock in the forenoon EST, or other date and time after January 27, 2022 that the Court may select. The SEC consents to Defendants' request.

Thank you for your consideration.

_____
Matthew Kane
on behalf of The Hydrogen Technology Corporation
601 Brickell Key Drive, Suite 700
Miami, Fl.  33131
Matt@hydrogenplatform.com
(347) 949-3275

_____
Michael Ross Kane
601 Brickell Key Drive, Suite 700
Miami, Fl.  33131
Mike@hydrogenplatform.com
(917) 991-4633

cc. Nicholas C. Margida, Esq., counsel for SEC Division of Enforcement